Brush *against* The Administrators of Reeves.

THE plaintiff declared on a promissory note, given by one *Spring* to *Reeves*, the intestate, and payable to him or bearer. The note was indorsed over by *Reeves*, and the present suit was brought by the indorsee against his administrators. There was a general demurrer to the declaration, which was in the usual form against the indorser.

*E. Williams*, for the defendant, objected that the declaration ought to have been special.

*Per Curiam.* The note was negotiable under the statute, and transferable without indorsement; but if the payee chose to put his name on the back, he became as much bound as an indorser, as if the note had been made payable to him or order.

If the payee of a note payable to him or bearer, puts his name on the back, he may be sued as an indorser, in the same manner as if it was payable to his order.

CASES IN THE SUPREME COURT

ALBANY,
August, 1808.

It was ruled by Chief Justice *Holt*, in the case of *The Bank of England* v. *Newman*, (1 Lord *Raym.* 442.) that if a person indorses a bill payable to bearer, he becomes a new security, and is liable on the indorsement. The declaration at least is good on a special demurrer. But the defendant may withdraw the demurrer, on payment of costs, and pleading forthwith.

*Judgment for the plaintiff.*